IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY, 21st CENTURY CENTENNIAL INSURANCE CO., *et al.*,<br>　　　　　　Plaintiffs<br>v.<br><br>1ST CHOICE ACCIDENT & INJURY LLC, *et al.*,<br><br>　　　　　　Defendants. | Case No. 4:22-CV-02061 |

### PLAINTIFF'S NOTICE OF APPEAL

Plaintiffs, Farmers Texas County Mutual Insurance Company, 21st Century Centennial Insurance Co., 21st Century North American Insurance Co., Bristol West Specialty Insurance, Farmers Insurance Company, Inc., Fire Insurance Exchange, Texas Farmers Insurance Company, Foremost County Mutual Insurance Company, Foremost Insurance Company Grand Rapids, Michigan, Home State County Mutual Insurance Company, Truck Insurance Exchange, and Mid-Century Insurance Company ("Farmers") file this notice of appeal in this case pursuant to Rule 3 of the Federal Rules of Appellate Procedure.

On March 27, 2024, the Court issued an Order Adopting Memorandum and Recommendations (ECF No. 85) and a Final Judgment (ECF No. 86). On April 24, 2024, Plaintiffs filed a Motion for Reconsideration. (ECF No. 88). On May 16, 2024, the Court issued an Order on Motion for Reconsideration. (ECF No. 95). Later that same day, the

1

Court entered an Amended Final Judgment (ECF No. 96).

By filing this Notice, Plaintiffs timely appeal the rulings in the Court's Order Adopting Memorandum and Recommendations (ECF No. 85), Order on Motion for Reconsideration, (ECF No. 95) and Amended Final Judgment (ECF No. 96), as well as all other adverse judgments and orders, to the United States Court of Appeals for the Fifth Circuit.

Respectfully Submitted,

/s/ Scot Doyen

Thomas C. Wright
State Bar No. 22059400
Raffi Melkonian
State Bar No. 24090587
Eric B. Boettcher
State Bar No. 24126618
WRIGHT CLOSE & BARGER, LLP
One Riverway, Suite 2200
Houston, Texas 77056
(713) 572-4321 (telephone)
(713) 572-4320 (facsimile)
wright@wrightclosebarger.com
melkonian@wrightclosebarger.com
boettcher@wrightclosebarger.com

Scot Doyen
State Bar No. 00782982
DOYEN SEBESTA & POELMA, LLP
16495 Northchase Dr., Ste. 1400
Houston, Texas 77060
Tel.:  (713) 580-8900
Fax:  (713) 580-8910
sdoyen@ds-lawyers.com

## **CERTIFICATE OF SERVICE**

    The undersigned attorney certifies that, on June 14, 2024, the foregoing was served on all counsel of record via the Court's electronic filing system.

                                                                    */s/ Scot Doyen*
                                                                    Scot Doyen